COMMONWEALTH of Pennsylvania, Respondent

v.

Dontell Jayvon BROWNER, Petitioner

No. 517 WAL 2016

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**